AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 1 3 2023

BY
DEPUTY_____

_Kevin D. Prox_
_____
Petitioner

v.

_Warden Colbert_
_United States of America_
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. _6:23 CV 511-JDK-JDL_
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: _Kevin Devon Prox_
    (b) Other names you have used:

2.  Place of confinement:
    (a) Name of institution: ~~FCI Memphis~~   _FCC Yazoo Medium_
    (b) Address: ~~P.O. Box 34550~~   _P.O. Box 5000_
    ~~Memphis, TN  38184-0550~~   _Yazoo City, MS 39194_
    (c) Your identification number: _29379-078_

3.  Are you currently being held on orders by:
    ☑ Federal authorities       ☐ State authorities       ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: _United States District Court_
    _Eastern District of Texas  211 W. Ferguson St. Tyler TX  75702_
    (b) Docket number of criminal case: _6:20-CR-00030-JDK-JD_
    (c) Date of sentencing: _02-25-2021_
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❒ Pretrial detention

❒ Immigration detention

❒ Detainer

❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❒ Disciplinary proceedings

❒ Other *(explain)*:  I was in federal Custody prior to sentencing in Tyler, TX then shipped to Gregg County in Longview. I was only given 177 days back time when I made it to Federal prison but I was in federal custody a year before sentencing.

6.  Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:  Eastern District of Texas 211 W. Ferguson St. Tyler, Texas 75702

(b)  Docket number, case number, or opinion number:

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:  I was sentenced 177 days in Federal Custody when I was in Federal Custody for 1yr. I was in Smith County in Tyler, TX being held then I was shipped to Gregg County in Longview, TX

(d)  Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❒ Yes                    ❒ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)  If you answered "No," explain why you did not appeal: _____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❒ Yes                    ❒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court: _____

        (2)  Date of filing: _____
        (3)  Docket number, case number, or opinion number: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (b)  If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ❒ Yes      ❒ No

    (a)  If "Yes," provide:

        (1)  Name of the authority, agency, or court: _____

        (2)  Date of filing: _____
        (3)  Docket number, case number, or opinion number: _____
        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

    (b)  If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ❒ Yes      ☑ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❒ Yes      ❒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____

_____
_____
_____
_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes              ❏ No

If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____

_____
_____
_____
_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❏ Yes              ❏ No

If "Yes," provide:
(a)  Date you were taken into immigration custody: _____
(b)  Date of the removal or reinstatement order: _____
(c)  Did you file an appeal with the Board of Immigration Appeals?

❏ Yes              ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.     State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My court docket sheet shows every thing. My whole time in Federal Custody up until sentenced is shown.

(a) Supporting facts *(Be brief.  Do not cite cases or law.):*

Court docket for case 6:20-cr-00030-JDK-JDL-1

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes                    ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief.  Do not cite cases or law.):*

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes                    ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief.  Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes               ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15.  State exactly what you want the court to do:   Im just asking the courts to give me all of my jail credit which was told I would be given. I want the courts to look at my criminal docket sheet and see. I would also like for courts to contact Smith County Detention Center and then contact Gregg County detention Center because I was transfered there due to things in my case. I never left out of federal custody.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

_10 - 12 - 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  10-11-2023

_Kevin Prox_
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

Continued
6c.

I was remanded to federal custody on 5-12-2020.
I was in federal custody at Smith County Detention
Center and then transfered to Gregg County Detention
center never once leaving out of federal custody.
I was sentenced by Judge Jeremy D. Kernodle on
2-25-2021. I was only granted 177 days prior
jail credit which isn't even 6months when I was
in federal custody going through the whole process
From 5-12-2020 to 2-25-2021. I would like
to be given my correct amount of time which is
over 10 months considering the time it took for
the state to come and get me after I signed for my
time which was an additional 2 weeks. My timeline
which is implicated in all of my paper work is:
3-20-2020 - Initial Jail Credit Date on my data Sheet
5-12-2020 — Initial Appearance Defendant remanded to
            federal Custody

10-7-2020 - Plead Guity
12-11-2020- PSI was prepared
2-25-2021 - Date Sentenced

I remained in federal custody the whole time until
sentenced then the state came and got me because
I was on probation. I went to navarro county
and recieved 4 yrs. I went to T.D.C. made parole
and was brought BACK into federal custody to do
my sentence which I am doing now. All Im asking
is for all of my prior jail credit which Is a lot
more than 177 days. All of the dates are in my

continued
4c.  psi and my sentence monitoring computation Data sheet.

Your honor when I was initially arrested and taken to Van Zandt. I was picked up by the Marshals and Taken to Smith County. After being there for months they transfered me to Gregg County and I got sentenced while at Gregg County. They are only seeing my time in Smith County. I NEVER once left out of federal custody. My court docket sheet clearly shows my dates. I'm not asking for any additional time credited just the time I spent at Tyler Smith County Dentention Center and Gregg County Detention Center. Once again my court docket sheet reflects my correct time I was in federal custody up until I was sentenced in 2021. Which is a full year.

My Criminal Docket Sheet clearly shows I was in Federal Custody for 1 yr. instead of just 177 days.

CM/ECF LIVE - U.S. District Court:txed                                    Page 1 of 6

                                                                          CLOSED

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Tyler)
### CRIMINAL DOCKET FOR CASE #: 6:20-cr-00030-JDK-JDL-1

Case title: USA v. Prox                      Date Filed: 05/20/2020
Magistrate judge case number: 6:20-mj-00045-JDL    Date Terminated: 02/26/2021

Assigned to: District Judge Jeremy D.
Kernodle
Referred to: Magistrate Judge John D.
Love

## Defendant (1)

**Kevin Devon Prox**                represented by   **Matthew William Millslagle**
*TERMINATED: 02/26/2021*                            Office of The Federal Public Defender -
                                                    ED/TX Tyler
                                                    110 N. College Suite 1122
                                                    Tyler, TX 75701
                                                    903-531-9233
                                                    Fax: 903-531-9625
                                                    Email: matt_millslagle@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or*
                                                    *Community Defender Appointment*

## Pending Counts                          ## Disposition

UNLAWFUL TRANSPORT OF              57 months imprisonment, 3 years
FIREARMS, ETC.                     supervised release, fine waived, $100
(1)                                special assessment, standard and
                                   mandatory conditions

## Highest Offense Level (Opening)

Felony

## Terminated Counts                       ## Disposition

UNLAWFUL TO RECEIVE A              Dismissed
FIREARM NOT REGISTERED
(2)

## Highest Offense Level (Terminated)

Felony

| | | |
|---|---|---|
| | | Devon Prox (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kevin Devon Prox: Matthew William Millslagle appointed. Signed by Magistrate Judge K. Nicole Mitchell on 5/12/20. (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | | ORAL MOTION for Detention by USA as to Kevin Devon Prox. (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | 12 | WAIVER of Preliminary Hearing by Kevin Devon Prox (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | 13 | ORDER Finding Probable Cause as to Kevin Devon Prox. Signed by Magistrate Judge K. Nicole Mitchell on 5/12/20. (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | 14 | WAIVER of Detention Hearing by Kevin Devon Prox (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/12/2020 | 15 | ORDER OF DETENTION PENDING TRIAL as to Kevin Devon Prox. Signed by Magistrate Judge K. Nicole Mitchell on 5/12/20. (leh, ) [6:20-mj-00045-JDL] (Entered: 05/13/2020) |
| 05/20/2020 | | Case unsealed as to Kevin Devon Prox. UNSEALED Indictment returned 5/20/2020. (ksd) [6:20-mj-00045-JDL] (Entered: 05/20/2020) |
| 05/20/2020 | 16 | INDICTMENT as to Kevin Devon Prox (1) count(s) 1, 2. (ksd ) (Entered: 05/20/2020) |
| 05/20/2020 | 17 | E-GOV SEALED Form AO 257 filed as to Kevin Devon Prox. (ksd) (Entered: 05/20/2020) |
| 05/20/2020 | | Case as to Kevin Devon Prox Assigned to District Judge Jeremy D. Kernodle and Magistrate Judge John D. Love. (ksd ) (Entered: 05/21/2020) |
| 05/21/2020 | 19 | E-GOV SEALED Arrest Warrant Returned Executed on 5/20/20 in case as to Kevin Devon Prox. (gsg) (Entered: 05/21/2020) |
| 06/01/2020 | 21 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Kevin Devon Prox (leh, ) (Entered: 06/01/2020) |
| 06/01/2020 | 22 | ORDER RELATING TO DEFENSES, OBJECTIONS, OR REQUESTS as to Kevin Devon Prox. Signed by Magistrate Judge K. Nicole Mitchell on 6/1/20. (leh, ) (Entered: 06/02/2020) |
| 06/01/2020 | 23 | ORDER - PRETRIAL DISCOVERY & INSPECTION as to Kevin Devon Prox. Signed by Magistrate Judge K. Nicole Mitchell on 6/1/20. (leh, ) (Entered: 06/02/2020) |
| 06/01/2020 | 24 | SCHEDULING ORDER as to Kevin Devon Prox. Plea Agreement due by 6/22/2020. Jury Selection and Trial set for 7/20/2020 at 9:00AM before District Judge Jeremy D. Kernodle. Pretrial Conference set for 7/13/2020 at 1:30 PM before District Judge Jeremy D. Kernodle. Signed by Magistrate Judge K. Nicole Mitchell on 6/1/20. (leh, ) (Entered: 06/02/2020) |

| 10/07/2020 | 38 | Factual Basis by USA as to Kevin Devon Prox. (srb) (Entered: 10/07/2020) |
|------------|----|------------|
| 10/07/2020 | 39 | MOTION for Forfeiture of Property by USA as to Kevin Devon Prox. (Attachments: # 1 Text of Proposed Order Preliminary)(Hurst, Allen) (Entered: 10/07/2020) |
| 10/07/2020 | 40 | FINDINGS OF FACT and REPORT AND RECOMMENDATIONS on Plea of Guilty as to Kevin Devon Prox. Signed by Magistrate Judge John D. Love on 10/07/20. (mll, ) (Entered: 10/07/2020) |
| 10/08/2020 | 41 | PRELIMINARY ORDER OF FORFEITURE as to Kevin Devon Prox (1). Signed by Magistrate Judge John D. Love on 10/08/20. (mll, ) (Entered: 10/08/2020) |
| 10/09/2020 | 42 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Kevin Devon Prox for 40 Findings of Fact, Report and Recommendations on Guilty Plea. Signed by District Judge Jeremy D. Kernodle on 10/8/2020. (efarris, ) (Entered: 10/09/2020) |
| 01/14/2021 | 44 | NOTICE of Administrative Forfeiture by USA as to Kevin Devon Prox (Attachments: # 1 Exhibit Declaration of Administrative Forfeiture)(Hurst, Allen) (Entered: 01/14/2021) |
| 01/14/2021 | 45 | FINAL PRESENTENCE INVESTIGATION REPORT (SEALED) (including addendum) as to Kevin Devon Prox (Attachments: # 1 Supplement Cover Letter)(tchoice, ) (Entered: 01/14/2021) |
| 01/14/2021 | 46 | SEALED PSI - SENTENCING RECOMMENDATION as to Kevin Devon Prox (tchoice, ) (Entered: 01/14/2021) |
| 01/27/2021 |    | NOTICE OF HEARING as to Kevin Devon Prox. Sentencing set for 2/10/2021 at 10:15 AM in Ctrm 101 (Tyler) before District Judge Jeremy D. Kernodle. Sentencing Memorandums ARE REQUIRED. All departure and variance motions, and any other documents relating to the sentencing hearing must be filed BY FEBRUARY 8, 2021. Character letters should be submitted by email as one PDF document to Emma_Farris@txed.uscourts.gov.(efarris, ) (Entered: 01/27/2021) |
| 02/08/2021 | 47 | MOTION to Designate Highly Sensitive Document by USA as to Kevin Devon Prox. (Attachments: # 1 Text of Proposed Order)(Hurst, Allen) (Entered: 02/08/2021) |
| 02/08/2021 |    | Reset Hearing as to Kevin Devon Prox: Sentencing set for 2/25/2021 at 10:00 AM in Ctrm 101 (Tyler) before District Judge Jeremy D. Kernodle. (efarris, ) (Entered: 02/08/2021) |
| 02/10/2021 | 49 | ORDER denying 47 Motion as to Kevin Devon Prox (1). Signed by District Judge Jeremy D. Kernodle on 2/10/2021. (efarris, ) (Entered: 02/10/2021) |
| 02/26/2021 |    | Text Only Minute Entry for proceedings held before District Judge Jeremy D. Kernodle:Sentencing held on 2/25/2021 for Kevin Devon Prox (1), Count (s) 1, 57 months imprisonment, 3 years supervised release, fine waived, $100 special assessment, standard and mandatory conditions; Count(s) 2, Dismissed. Defendant remanded to the custody of USM. Appearances: |